UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| D & A PROPERTY MANAGEMENT, INC. | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| ATAIN SPECIALTY INSURANCE COMPANY | MAGISTRATE |

### NOTICE FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Atain Specialty Insurance Company, which files this Notice for Removal pursuant to 28 U.S.C. §1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

### BACKGROUND

**1.**

This action has been brought in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, entitled "*D & A Property Management, Inc. vs. Atain Specialty Insurance Company*" bearing Civil Action Number 846-082, Division I, on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, with the petition being filed on August 27, 2023. (*See* Petition for Damages attached as Exhibit "A").

**2.**

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

**3.**

Additionally, as required, a list of all attorneys, including their addresses, telephone numbers and parties represented is attached hereto as Exhibit B.

**4.**

This action is a civil action brought by Plaintiff, D & A Property Management, Inc., seeking to recover damages as alleged in Plaintiff's Petition for Damages stemming from property damage allegedly incurred as a result of Hurricane Ida. (See Petition for Damages attached hereto as Exhibit "A").

**5.**

Defendant, Atain Specialty Insurance Company, was served with a copy of the Plaintiff's lawsuit on November 15, 2023; therefore, removal is timely under 28 U.S.C. §1446(B)(1)-(3).

**BASIS OF REMOVAL**

**6.**

The grounds for removal are diversity of citizenship under 28 U.S.C. §1332 and 28 U.S.C. §1441—Defendant is completely diverse from the Plaintiff and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiff's petition.

**7.**

Plaintiff is a citizen of the State of Louisiana.

**8.**

Defendant, Atain Specialty Insurance Company, is domiciled in Michigan.

**9.**

Because the Plaintiff is a citizen of Louisiana and Defendant is a citizen of Michigan, complete diversity of citizenship exists among the parties.

**10.**

Defendant denies liability for any damages sought by Plaintiff; however, upon information and belief, the amount in controversy exceeds the requisite jurisdictional amount of

$75,000.00.

**11.**

Plaintiff alleges that Defendant breached its contract and intentionally and/or negligently adjusted Plaintiff's insurance claim following Hurricane Ida.  Plaintiff further alleges that Hurricane Ida caused significant and extensive damages to the Plaintiff's property located at 11329 Jefferson Highway, River Ridge, Louisiana 70123.

As a result, Plaintiff seeks damages as follows:

1. Diminution of value of the Property;

2. Actual repair costs;

3. Reimbursement for personal repairs at the Property;

4. Business Interruption Losses;

5. Actual costs related to property manipulation, cleaning, repair and/or replacement;

6. Penalties delineated in La. R.S. §22:1892 and §22:1973;

7. Attorney's fees, other professional fees and litigation costs associated with the bringing of this action.

*See* Exhibit "A."

**12.**

As indicated by the lawsuit, Plaintiff also seeks statutory penalties and attorney's fees pursuant to Louisiana Revised Statutes 22:1892 and 22:1973. Penalties may be as much as two times the amount of damages.  *See* La. Rev. Stat. 22:1973.

**13.**

The United States Fifth Circuit has found that penalties, statutory damages and punitive damages are to be included in ascertaining the amount in controversy. *See St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250 (5th Cir. 1998). Relying on this precedent, Louisiana District Courts have included penalties sought under both La. Rev. Stat. 22:1892 and 22:1973 to ascertain the amount in controversy. *See also Pardue v. River Thames Ins. Co.,* 651 F.Supp. 143, 144 (M.D. La. 1986)(penalties for arbitrary and capricious non-payment of insurance claims included when calculating jurisdictional amount in controversy.) Thus, upon information and belief, the amount in controversy is beyond the $75,000.00 requirement.

**14.**

Considering the amount sought for the property damage loss and the amounts sought through statutory penalties and damages, the amount in controversy in Plaintiff's claim exceeds $75,000.00, exclusive of interest and costs.

**REMOVAL PROCEDURE**

**15.**

This Notice of Removal is filed within 30 days of the receipt by or service upon the Defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

**16.**

The state court action was commenced on August 27, 2023, and this removal has been filed within 1 year after its commencement.

**17.**

Venue is proper within the Eastern District of Louisiana because the matter is being

removed from the 24th Judicial District Court for the Parish of Jefferson—a court which the Eastern District of Louisiana embraces, and more specifically:

> Hon. Nancy A. Miller
> Judge, Division I
> 24th JDC-Parish of Jefferson
> 200 Derbigny Street
> Gretna, LA 70053

**18.**

Under 28 U.S.C. §1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the Civil District Court for the Parish of Orleans, State of Louisiana.

**19.**

Pursuant to 28 U.S.C. §1447(b) and LR 3.2, mover identifies all counsel as follows:

a. ***Counsel for Plaintiff—D & A Property Management, Inc.***
   Galen M. Hair, Esq.
   W. Parker Logan, Esq.
   HAIR SHUNNARAH TRIAL ATTORNEYS, LLC
   3540 S. I-10 Service Rd., W, Suite 300
   Metairie, Louisiana 70001
   Tel: (504) 684-5200
   Fax: (504) 613-6351
   Email: hair@hstalaw.com
          plogan@hstalaw.com

b. ***Counsel for Defendant— Atain Specialty Insurance Company***
   James A. Prather, Esq.
   C. Bowman Fetzer, Jr., Esq.
   Galloway, Johnson, Tompkins, Burr & Smith
   #3 Sanctuary Boulevard, First Floor
   Mandeville, Louisiana  70471
   Tel.: (985)-674-6680
   Fax:  (985)-674-6681
   Email: jprather@gallowaylawfirm.com
          bfetzer@gallowaylawfirm.com

**20.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal. He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendant, Atain Specialty Insurance Company, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted:

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

 /s/ C. Bowman Fetzer
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Ph. (985) 674-6680/Fax (985) 674-6681
Email: jprather@gallowaylawfirm.com
           bfetzer@gallowaylawfirm.com
***Counsel for Atain Specialty Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2023, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                                           */s/ C. Bowman Fetzer*
                                           **C. BOWMAN FETZER**